IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
MAY 10 2000
Michael N. Milby, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-99-3367 |
| HIEN T. NGUYEN, | § | (Claim No. C99-03693) |
| Defendant. | § | |

## ORDER OF DISMISSAL

On the United States' Motion, this case is dismissed without prejudice.

SIGNED _____, 2000, at Houston, Texas.

United States District Court
**SIGNED**
MAY 10 2000
Judge Lynn N. Hughes

_____
Lynn N. Hughes
United States District Judge